UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No: 3:11-CR-97(01)RM |
| | ) | |
| JOSEPH D. COLE | ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on November 7, 2011 [Doc. No. 30]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Joseph Cole's plea of guilty, and FINDS the defendant guilty of Count 3 of the Indictment, in violation of 18 U.S.C. §§ 922(o) and 924(a)(2).

SO ORDERED.

ENTERED:  November 29, 2011

　　　　　　　　　　　　　　　　　　　　/s/ Robert L. Miller, Jr.
　　　　　　　　　　　　　　　　　　　Judge
　　　　　　　　　　　　　　　　　　　United States District Court